No. 90–954.  RUFO, SHERIFF OF SUFFOLK COUNTY, ET AL. v. INMATES OF THE SUFFOLK COUNTY JAIL ET AL.; and

No. 90–1004.  VOSE, COMMISSIONER OF CORRECTION OF MASSACHUSETTS v. INMATES OF THE SUFFOLK COUNTY JAIL ET AL.  C. A. 1st Cir.  Certiorari granted, cases consolidated,

and a total of one hour allotted for oral argument. Reported below: 915 F. 2d 1557.